IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOYLE WAYNE BINGHAM (#126074982), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-809-N-BN |
| LASALLE SOUTHWEST, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Doyle Wayne Bingham's motion for default judgment and for summary judgment [Dkt. No. 16].

SO ORDERED this 14th day of August, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE